FLN (Rev. 4/2004) Deficiency Order  
3:01CR118LAC - UNITED STATES OF AMERICA vs. KEELAN K. COLE

Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs   Case No.3:01CR118LAC

KEELAN K. COLE

_____

## ORDER

Your document, **MOTION FOR CLARIFICATION**, was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the Clerk shall return the document to the filing party.

DONE and ORDERED this 25th day of April, 2007.

s/*L.A. Collier*  
LACEY A. COLLIER  
SENIOR UNITED STATES DISTRICT JUDGE