### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

vs                                         CASE NO: 3:01cr118-001

KEELAN COLE,
        Defendant.
_____/

### <u>ORDER REDUCING SENTENCE</u>

Defendant's sentence of confinement is hereby reduced from 360 months to 144 months and the term of supervised release is reduced to five years.  In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 30 July 2002 shall remain unchanged.

**ORDERED** this 15th day of October 2007.


                         *s/L. A. Collier*
                         LACEY A. COLLIER
              Senior United States District Judge