UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

       VS                                        CASE NO.  3:01-CR-118-001/LAC

KEELAN COLE

## FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for: _X_ Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By: _____Veronica Blakes___ (Payee)
Address:   251 Bob White Dr.
                Pensacola, FL 32514

Receipt Number __3-1549__

Date of Receipt __1/17/08__

Motion: N/A

Explanation: Veronica Blakes paid $367.19 for Keelan Cole's fine.  The balance on the fine was $337.19, resulting in a $30.00 overpayment.  Requesting authorization to refund the $30.00 overpayment to Veronica Blakes.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: __s/Philip Detweiler_____
                Philip Detweiler, Financial Specialist        Date:  January 28, 2008

Referred by:   Mary Maloy, Deputy Clerk

## ORDER OF COURT

It is ORDERED this 28th day of January, 2008, that the Clerk refund the identified funds to the payee.

APPROVED____X_____

DENIED_____                                _s/L.A. Collier_____
                                                                 LACEY A. COLLIER
                                                  SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99