# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                           CASE NO.  3:01-CR-118-001/LAC

KEELAN COLE

## FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for: _X_ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By:       Keelan Cole #15689-179   (Payee)
Address:  FCI Beaumont Medium
          PO Box 26040
          Beaumont, TX 77720

Receipt Number   B010908301CR118

Date of Receipt   2/25/08

Motion: N/A

Explanation: Keelan Cole's $100.00 special assessment and $1,500.00 fine were paid in full on 1/17/08. The Clerk's office received $30.00 on the January 2008 Bureau of Prisons (BOP) reports. According to the court dockets and financial records, Mr. Cole does not owe any additional money. Requesting authorization to refund the $30.00 overpayment and any other payments we may receive from the BOP for this case. There may be a timing difference on the BOP stopping payments for this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:   _s/Philip Detweiler_____
               Philip Detweiler, Financial Specialist          Date:  February 28, 2008

Referred by:   Mary Maloy, Deputy Clerk

## ORDER OF COURT

It is ORDERED this 28th day of February, 2008, that the Clerk refund the identified funds to the payee.

APPROVED     X

DENIED _____                    *s/L.A. Collier*
                                            LACEY A. COLLIER
                                            SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99