**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                 CASE NO.  3:01cr118 LAC

KEELAN K. COLE

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on _____MARCH 25, 2008_____

Motion/Pleadings: __MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18
U.S.C. § 3582(c)(2)__

Filed by _DEFENDANT PRO SE_ on 3/24/08_____ Doc.# _114_____

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated _____ Joint Pldg.

_____ Unopposed _____ Consented

                               WILLIAM M. McCOOL, CLERK OF COURT

_____

                             *s/Mary Maloy*

LC (1 OR 2)               Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of June, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b) The defendant was held accountable for 4.7 kilograms of cocaine base which results in a base offense level of 38. Therefore, he is not eligible for a reduction under this provision.*

                               s/*L.A. Collier*

                               ***LACEY A. COLLIER***
                    ***Senior United States District Judge***

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

_____

_____

Document No.